# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    No. 20-MJ-2431-MBB

MICHAEL TOUSSAINT

## JOINT MOTION TO CONTINUE PRELIMINARY HEARING

The United States and defendant Michael Toussaint jointly move the Court to continue the preliminary hearing in this matter, currently scheduled for Wednesday, July 8, 2020, at 10:00 a.m., to a date convenient to the Court in August, 2020. As reasons therefor, the parties state that the government produced extensive discovery in anticipation of the hearing, which the parties continue to review.

                                        Respectfully submitted,

MICHAEL TOUSSAINT                       ANDREW E. LELLING
                                        United States Attorney

By: /s/ Peter Horstmann          By:    /s/ Timothy E. Moran
PETER HORSTMANN                         TIMOTHY E. MORAN
Counsel for Michael Toussaint           KAITLIN O'DONNELL
                                        Assistant United States Attorneys
                                        District of Massachusetts

Date: July 6, 2020